

U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

---

*Office of the Warden*

1299 S. Seaside Avenue
Terminal Island, CA 90733

April 30, 2020

The Honorable James P. Jones
180 West Main Street
Abingdon, Virginia 24210

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 11 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

RE:   CINO, Stephen
      Register Number: 21579-084
      Docket Number: DVAW116CR000041-003

Dear Judge Jones:

   This is to inform you that Stephen Cino, Register Number 21579-084, passed away on April 29, 2020, at approximately 7:55 p.m. The preliminary cause of death is cardiorespiratory arrest.

   Mr. Cino was sentenced on April 12, 2018, to a term of 292 months imprisonment for Conspiracy to Distribute Oxycodone, Buprenorphine and 500 Grams or more of Methamphetamine and Use of a Communication Facility in Distributing a Controlled Substance, and Conspiracy to Commit Money Laundering. Mr. Cino was serving his sentence at the Federal Correctional Institution, Terminal Island, California.

   The purpose of this correspondence is to provide you with the above information. However, if any additional information is required, please do not hesitate to contact me at (310) 831-8961.

Sincerely,

/s/ Felicia Ponce

Felicia Ponce
Warden

Chambers of Judge Jones
RECEIVED

MAY - 8 2020

United States District Court
Abingdon, Virginia

Cc: United States District Judge
    Chief, United States Probation Officer
    United States Attorney
    Regional Director